IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANDREA EGGLESTON MAYO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:17-CV-334-WKW |
| | ) | [WO] |
| MAURICE ALFONSO | ) | |
| EGGLESTON, DANA HORN | ) | |
| EGGLESTON, JOHN CALVIN | ) | |
| WHITE, AMY SHUMATE, J. | ) | |
| MICHAEL CONWAY, DENISE | ) | |
| B. CLEVELAND, LORI | ) | |
| COLLIER INGRAM, and KALIA | ) | |
| LANE, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 6) to which Plaintiff Andrea Eggleston Mayo has filed objections (Doc. # 7). The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made. *See* 28 U.S.C. § 636(b).

In her objection, Ms. Mayo argues the merits of her case, claiming that she is entitled to relief. In so doing, she misses the thrust of the Recommendation: that her case is due to be remanded because 28 U.S.C. § 1441 only authorizes removal by state-court defendants. Because Ms. Mayo is designated as the plaintiff in the

underlying state-court action, the Magistrate Judge properly recommended that this case be remanded.

Accordingly, it is ORDERED as follows:

1. Plaintiff Andrea Eggleston Mayo's objection (Doc. # 7) is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. # 6) is ADOPTED; and

3. This action is REMANDED to the Circuit Court of Houston County, Alabama, for lack of subject-matter jurisdiction.

A final judgment will be entered separately.

DONE this 24th day of July, 2017.

          /s/ W. Keith Watkins
        CHIEF UNITED STATES DISTRICT JUDGE